United States District Court
District of Connecticut
FILED AT NEW HAVEN

5/20 ,20 24

By N. Langello
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF OF THE UNITED STATES FOR AN APPLICATION FOR A SEARCH WARRANT AUTHORIZING THE INSTALLATION AND USE OF A TRACKING DEVICE ON A VEHICLE

MISC. NO. 3:24-mj-467 RMS

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the enclosed Affidavit, Search Warrant, Search Warrant Application and Attachments. The Government makes this application because the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence, could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, exposure individuals who have provided information to potential risk of harm, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, by limiting the ability to conduct search warrants, and by endangering those involved in the investigation.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

NATASHA FREISMUTH
Digitally signed by NATASHA FREISMUTH
Date: 2024.05.20 08:18:41 -04'00'

NATASHA M. FREISMUTH
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. PHV05772
157 CHURCH STREET, FLOOR 25
NEW HAVEN, CT 06510
203-821-3700